NO. 07-06-0113-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



JUNE 22, 2006



______________________________



KENNY EUGENE KILE, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE 84TH DISTRICT COURT OF OCHILTREE COUNTY;



NO. 3929; HONORABLE WILLIAM D. SMITH, JUDGE


_______________________________




Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his
attorney both have signed the document stating that appellant withdraws his appeal. Tex. R. App.
P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 Mackey K. Hancock

 Justice

Do not publish.



 the compliance, and if not, a reasonable explanation for non-compliance. She
was informed that failure to comply with the court's directive might result in dismissal. After
appellant failed to respond, a second letter was sent on September 30, 2004, informing
appellant that failure to comply by October 11, 2004, would result in dismissal of the
appeal. 

 On October 12, 2004, this court received appellant's response, but the response
does not include the information appellant was directed to provide. Because appellant has
failed to provide proof that she has paid for the reporter's record or made satisfactory
arrangements for the payment of the record as directed by the court, we dismiss the
appeal pursuant to Texas Rule of Appellate Procedure 42.3(b) and 42.3(c).


 Per Curiam
1. ' 
 '